[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13489
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 22, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-02298-CV-T-30-EAJ

DIANE WILLIAMS,

Plaintiff-Appellant,

versus

HUNTINGTON BANCSHARES, INC.,
an Ohio corporation,
d.b.a. Huntington National Bank,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 22, 2007)

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Diane Williams, a black female proceeding *pro se*, appeals the district court's grant of summary judgment in favor of her employer, Huntington National Bank on her claims of race discrimination brought pursuant to the Civil Rights Act of 1964 (Title VII), 42 U.S.C. § 2000e-2(a), 42 U.S.C. § 1981, and the Florida Civil Rights Act, Fla. Stat. § 760.10. Williams asserts the Bank discriminated against her on the basis of her race because it "demoted" her from a part-time Personal Banker position to a part-time Teller position at the Central Plaza branch.[1]

After a *de novo* review, we affirm for the reasons stated in the district court's well-reasoned order of May 22, 2006.

**AFFIRMED.**

---

[1] Williams also makes reference to retaliation, and gender and age discrimination. The complaint alleged only racial discrimination, thus, because Williams' complaint presented one particular claim and was adjudicated on the basis of that claim, consideration of these other issues is inappropriate. *See Narey v. Dean*, 32 F.3d 1521, 1526 (11th Cir. 1994) (stating issues not argued in the district court are generally not considered on appeal).